**Electronically Filed
Supreme Court
SCAP-24-0000109
01-NOV-2024
01:47 PM
Dkt. 18 ODMR**

SCAP-24-0000109

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ANGELICA JOY DAOANG,
Plaintiff-Appellant,

vs.

NICHOLAS PERRY,
Defendant-Appellee.

_____

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CAAP-24-0000109; CASE NO. 2DSS-24-0000031)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of Plaintiff-Appellant Angelica Joy Daoang's motion for reconsideration ("motion"), filed October 25, 2024; the declaration attached thereto; and the record herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, November 1, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Valdimir P. Devens

